UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERNADETTE MARIA OSIKA, | ) | Case No. ED CV 07-1533-FMC (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| DEBORAH L. PATRICK, WARDEN, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 2/20/09 .

*Florence-Marie Cooper*

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

C:\Temp\notes1B8056\Judgment.wpd